UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ZZEUNDRE JACOBS (#447048)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 10-271-SDD-SCR

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Stephen C. Riedlinger dated February 14, 2014. Plaintiff has filed an *Objection*[2] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Plaintiff's *Petition for Writ of Mandamus Requesting Declaratory and Injunctive Relief*[3] is DENIED.

Baton Rouge, Louisiana, the 7 day of March, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 143.
[2] Rec. Doc. 144.
[3] Rec. Doc. 142.